UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FLORA ROSA,

                            **Plaintiff,**

      -against-

JASON T. SINGLETON, GELCO FLEET           1:24-cv-03537 (ALC)
TRUST, ADVANCE AUTO PARTS, INC.,
and AUTOPART INTERNATIONAL INC,           **ORDER**

                         **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       On June 17, 2024, Defendants Jason T. Singleton, Gelco Fleet Trust, Advance Auto Parts, Inc. and Autopart International, Inc filed a letter regarding their intent to file a motion to dismiss Gelco Fleet Trust pursuant to the Graves Amendment. In light of the foregoing, the Court sets the following briefing schedule:

       Defendant's Motion to Dismiss:                  December 6, 2024

       Plaintiff's Opposition:                           December 27, 2024

       Defendant's Reply:                             January 10, 2025

**SO ORDERED.**

**Dated:   November 13, 2024**

       **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                                          **United States District Judge**