UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FLORA ROSA,

                **Plaintiff,**

     -against-

JASON T. SINGLETON, GELCO FLEET         1:24-cv-03537 (ALC)
TRUST, ADVANCE AUTO PARTS, INC.,
and AUTOPART INTERNATIONAL INC,         **ORDER**

                **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    On June 17, 2024, Defendants Jason T. Singleton, Gelco Fleet Trust, Advance Auto Parts, Inc. and Autopart International, Inc filed a letter regarding their intent to file a motion to dismiss Gelco Fleet Trust pursuant to the Graves Amendment. In light of the foregoing, the Court sets the following briefing schedule:

    Defendant's Motion to Dismiss:         December 20, 2024

    Plaintiff's Opposition:         January 10, 2025

    Defendant's Reply:         January 17, 2025

**SO ORDERED.**

**Dated:   November 21, 2024**
            **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**