```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORA ROSA,

                Plaintiff,

      -v-

JASON T. SINGLETON, *et al.*,

                Defendants.

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 27, 2025, counsel for Defendants filed a letter declaring that due to a newly-discovered conflict, they would no longer be able to represent the defendants. Dkt. No. 58. They expressed the intent to file a motion to be relieved as counsel in the near future and requested that all discovery be stayed until new counsel is retained. *Id.*

In response, Plaintiff filed a letter not opposing the anticipated motion to withdraw but requesting that discovery deadlines not be extended for more than 30 days. Dkt. No. 59.

Accordingly, the Court orders the following deadlines:

- o Parties will provide a status update letter by **March 7, 2025**;
- o Unless new counsel appears sooner, counsel for Defendants will file their anticipated motion to withdraw as counsel and serve it on their clients by **March 14, 2025**;
- o Defendants' supplemental responses to Plaintiff's interrogatories are due by **April 7, 2025**;

- All depositions shall be completed by **April 30, 2025**;
- The deadline for fact discovery is extended to **June 27, 2025**; and
- The deadline for expert discovery is extended to **August 29, 2025**.

**SO ORDERED.**

Dated: March 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge