UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
FLORA ROSA,

                    **Plaintiff,**

      -against-

JASON T. SINGLETON, GELCO FLEET         1:24-cv-03537 (ALC)
TRUST, ADVANCE AUTO PARTS, INC.,
and AUTOPART INTERNATIONAL INC,         **CONFERENCE ORDER**

                  **Defendants.**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this matter on **August 12, 2025** at **11:00 AM ET**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The parties should be prepared to discuss the pending motion to dismiss.

**SO ORDERED.**

Dated:   July 31, 2025
          New York, New York                           **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**