UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025
```

------------------------------------------------------------X
FLORA ROSA,                                   :
                                              :
                        Plaintiff,            :
        -v-                                   :        24-CV-3537 (ALC) (HJR)
                                              :
                                              :
JASON T. SINGLETON, *et al.*,                 :
                                              :
                        Defendants.           :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address Plaintiff's Letter Motion, ECF No. 82, and Defendants' Letter Response, ECF No. 84, regarding a discovery dispute between the parties. For the reasons discussed during today's conference, Plaintiff's Letter Motion at ECF No. 82 is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's request for production of the applicable insurance policy is **GRANTED**. The parties are encouraged to enter into a confidentiality order.

Plaintiff's request for production of the claims investigation file is **DENIED** without prejudice. Plaintiff may seek production of the categories of documents she believes would be maintained in a claims investigation file.

Plaintiff's request for production of certain rules and regulations applicable to Defendant Singleton's hiring, training, retention, or discharge is **GRANTED**. Defendants are instructed to search for and produce relevant documents beyond the personnel file already produced.

Plaintiff's request for production of a privilege log from Defendants is **WITHDRAWN** without prejudice to renewal.

1

Plaintiff's request for limited reopening of Defendant Singleton's deposition is **GRANTED**. Defendant Singleton shall answer questions about his prior convictions or guilty pleas, if any.

Plaintiff's request for leave to amend her Complaint to add Worldpac, LLC as a Defendant is **GRANTED** and Defendants are instructed to produce for deposition a 30(b)(6) witness on Worldpac, LLC's behalf. Defendants may file an Amended Answer in response to Plaintiff's Amended Complaint. The Court makes no ruling on the liability and inclusion in this action of other parties currently included as Defendants.

Plaintiff's request for sanctions against Defendants is **DENIED**.

The deadlines in this action are scheduled as follows:

- The parties' deadline to file its next status report is **October 3, 2025**;

- The parties' deadline to confer regarding a precise expert discovery schedule is **October 15, 2025**;

- The parties' deadline to complete all fact discovery is extended to **November 17, 2025**;

- The parties' deadline to complete all expert discovery is extended to **February 27, 2026**.

The Clerk of Court is respectfully directed to terminate the open Letter

Motion at ECF No. 82 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: September 3, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge