```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORA ROSA,

                Plaintiff,

-v-

JASON T. SINGLETON, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the deadline for Defendants Jason Singleton, Gelco Fleet Trust, Advance Auto Parts, Inc., Autopart International Inc, and Advance Stores Company, Incorporated to respond to the Second Amended Complaint, ECF No. 88, was September 18, 2025. To date, no response has been filed on the docket. The Court *sua sponte* extends the deadline to submit a response to **October 3, 2025**.

**SO ORDERED.**

Dated: September 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge