```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORA ROSA,

                     Plaintiff,

    -v-

JASON T. SINGLETON, *et al.*,

                    Defendants.
------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' October 3, 2025 joint status report, ECF No. 92. The Parties are directed to file a further joint status report on **December 5, 2025.**

SO ORDERED.

Dated: October 6, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge