UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FLORA ROSA,

               Plaintiff,

   -v-

JASON T. SINGLETON, *et al.*,

              Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' letter requesting an extension of time to complete fact discovery from November 17, 2025 to January 1, 2026.  ECF No. 96.  The request is **GRANTED**.  The Parties are reminded that a joint status report is due on December 5, 2025, *see* ECF No. 94, and the deadline to complete expert discovery remains February 27, 2026.  *See* ECF No. 87.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 96 as **GRANTED**.

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                   United States Magistrate Judge