UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2025

------------------------------------------------------------X

FLORA ROSA,                                          :

               Plaintiff,          :

   -v-                                              :

                                 :

JASON T. SINGLETON, *et al.*,                       :

             Defendants.          :

------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 5, 2025 joint status report, ECF No. 98. The Court expects that the Parties will complete fact discovery by January 1, 2026, in compliance with the undersigned's November 17, 2025 order, ECF No. 97. The Parties are directed to file a further joint status report by **February 6, 2026.**

**SO ORDERED.**

Dated: December 8, 2025
     New York, New York

 

_____

Henry J. Ricardo
United States Magistrate Judge