UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2025
```

-------------------------------------------------------------X

FLORA ROSA,                                          :

                 Plaintiff,                          :

-v-                                                        :

                                 :

                                 :

JASON T. SINGLETON, *et al.*,                 :

                                 :

             Defendants.                     :

-------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of the Parties' December 22, 2025 letter motion, ECF No. 100 (the "Letter Motion"). The Letter Motion is **GRANTED.** The deadline to complete fact discovery is extended to **January 30, 2026**, and the deadline to complete expert discovery is extended to **April 30, 2026.** The Parties are reminded to submit a joint status report by **February 6, 2026.** *See* ECF No. 99.

      The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 100 as **GRANTED.**

**SO ORDERED.**

Dated: December 23, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1