UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026

FLORA ROSA,

                Plaintiff,

    -v-

JASON T. SINGLETON, *et al.*,

           Defendants.
-----------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 104 (the "Letter Motion"), requesting to adjourn the conference scheduled for February 11, 2026. The Letter Motion is **GRANTED**, and the conference is adjourned to **February 18, 2026 at 3:00 p.m.** Counsel shall contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 294 517 940#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 104 as **GRANTED.**

**SO ORDERED.**

Dated: February 3, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge