UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FLORA ROSA,

              Plaintiff,

  -v-

JASON T. SINGLETON, *et al.*,

           Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2026

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the undersigned's February 2, 2026 order, ECF No. 103, Defendants were directed to file a response to the letter motion at ECF No. 102 by February 5, 2026. To date, no response has been filed. The undersigned *sua sponte* extends the deadline for Defendants to file a response to **February 11, 2026.** If no response is filed, the undersigned will assume that Defendants do not have a response.

The Parties are reminded of the conference on **February 18, 2026 at 3:00 p.m.** *See* ECF No. 105. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 294 517 940#).

**SO ORDERED.**

Dated: February 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge