UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

------------------------------------------------------------X

FLORA ROSA,

              Plaintiff,

   -v-

JASON T. SINGLETON, *et al.*,

              Defendants.

------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report. ECF No. 110. The parties are directed to file a further joint status report by **June 8, 2026.**

**SO ORDERED.**

Dated: March 9, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge