UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/28/2026__

-------------------------------------------------------------X

FLORA ROSA,

                  Plaintiff,

   -v-

JASON T. SINGLETON, *et al.*,

              Defendants.

-------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 112 (the "Letter Motion"), requesting a conference in anticipation of a motion for preclusion of expert disclosures. Defendants are directed to file a response to the Letter Motion by **June 4, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **June 17, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID 956 596 8#).

In the interim, Plaintiff's rebuttal deadline is extended to **June 22, 2026**, with remaining deadlines to be discussed at the conference. The deadline for the joint status letter previously due on June 8, 2026, *see* ECF No. 111, is adjourned *sine die*, and will be discussed at the conference.

**SO ORDERED.**

Dated: May 28, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge