UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FLORA ROSA,

                    Plaintiff,

    -v-

JASON T. SINGLETON, *et al.*,

                  Defendants.
----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/1/2026

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 114 (the "Letter Motion"), requesting to adjourn the conference currently scheduled for June 17, 2026. The Letter Motion is **GRANTED**, and the conference is adjourned to **July 17, 2026** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 956 596 8#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 114 as **GRANTED**.

**SO ORDERED.**

Dated: June 1, 2026
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge

1