USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORA ROSA, Plaintiff, -v- JASON T. SINGLETON, *et al.*, Defendants. | **ORDER** 24-CV-3537 (ALC) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 17, 2026 to address Plaintiff's letter motion, ECF No. 112 (the "Letter Motion"), seeking to preclude Defendants' expert disclosures or, in the alternative, extend the expert discovery schedule. For the reasons articulated in the conference transcript, the Letter Motion is **GRANTED IN PART AND DENIED IN PART.** Defendants' already-served expert reports are not precluded, and the deadline to complete expert depositions is extended to **August 28, 2026.** Additionally, Defendants' request to serve expert rebuttal reports is **DENIED.** The parties are directed to file a joint letter regarding the status of discovery by **September 4, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 112 as **GRANTED IN PART AND DENIED IN PART.**

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge