USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FLORA ROSA,

Plaintiff,

-v-

JASON T. SINGLETON, *et al.*,

Defendants.

------------------------------------------------------------X

**ORDER**

24-CV-3537 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 121. The parties are reminded that, pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil Cases, requests to amend the discovery schedule must be made by letter motion. The parties are directed to file a further status report by **January 25, 2027**.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge